IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

13-po-00016-GPG
Date: August 13, 2013

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Michelle Heldmyer, AUSA |
| vs. | |
| RIC E. MORRIS,<br>Defendant. | Stephen Laiche<br>Attorney for Defendant |

_____

Minute Order
_____

The time for Arraignment set for August 20, 2013 has been changed to 2:30 p.m.